AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.
JORAG YASEEN
*Defendant*

Case No. 3:26-cr-00099

## AMENDED ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JORAG YASEEN who is accused of an offense or violation based on the following document filed with the court:

- ☑ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1349 and 1343 - Conspiracy to Commit Wire Fraud

Counts 2-4: 18 U.S.C. § 1343 and 2 - Wire Fraud

Count 5: 18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering

Date: 10/14/2026

*Issuing officer's signature*

City and state: Dayton, Ohio

Caroline H. Gentry, U.S. District Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/17/2026, and the person was arrested on *(date)* 10/21/2026 at *(city and state)* Lake Station, Indiana

Date: 10/21/2026

*Arresting officer's signature*

Joel Sullivan Special Agent
*Printed name and title*